**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NICK VEDROS, | No. 4:24-CV-02183 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE STERLING GROUP OF THE TWIN TIERS, INC., | |
| Defendant. | |

## <u>ORDER</u>

**MAY 14, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY**

**ORDERED** that:

1.    Plaintiff's Motion for Summary Judgment, Doc. 15, is **GRANTED**.

2.    Defendant's affirmative defense of fair use is dismissed.

3.     Defendant's Motion for Summary Judgment, Doc. 12, is **DENIED**.

4.     Entry of Judgment is deferred.

5.    Parties should submit a status report within fourteen (14) days from the date of this Order addressing how the question of damages shall proceed in this Court.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge